

*Peter J. Welsh*
*Acting Clerk of Court*

UNITED STATES DISTRICT COURT
for the
MIDDLE DISTRICT OF PENNSYLVANIA
William J. Nealon Federal Bldg & U.S. Courthouse
235 North Washington Avenue
P.O. Box 1148
Scranton, PA 18501-1148

(570) 207-5600   FAX (570) 207-5650
Internet Address: http://www.pamd.uscourts.gov

*Divisional Offices:*

*Harrisburg:   (717) 221-3920*
*Williamsport:  (570) 323-6380*

09/27/2019

Francis M. Mumma
235 Meade Avenue
Hanover, PA 17331

RE:   1:19-CV-1669        Mumma v. Portfolio Recovery Associates, LLC
                          Magistrate Judge Mehalchick

Dear Sir/Madam:

Receipt is acknowledged of the document noted at the foot of this letter, subject as captioned above.

If you have simultaneously filed the proper application to proceed *in forma pauperis*, the matter has been forwarded to the court for consideration. If you have not filed the proper application to proceed *in forma pauperis*, an Administrative Order will be issued to you directing you to do so, together with the forms. Upon receipt of the **COMPLETED** and **SIGNED** forms, your case will then be forwarded to the Court for consideration

Pro Se plaintiffs and petitioners are advised that they have an affirmative obligation to keep the court informed of his or her current address. If the plaintiff/petitioner changes his or her address while the lawsuit is being litigated, the plaintiff/petitioner shall immediately inform the court of the change in writing.

Very truly yours,

PETER J. WELSH, Acting Clerk of Court

By:   MFA
      Deputy Clerk

☐ Petition for Writ of Habeas Corpus          ☒ Complaint

☐ Transfer From Other District                ☐ Other